STATE OF INDIANA    )
                    ) SS:
COUNTY OF Marion    )

IN THE CIRCUIT COURT

OF Marion COUNTY

Ronald E. Williams Jr.,
                Plaintiff,

-v-

John Layton, et, al,
                Defendant.

(Type or print only the name of the first person you are suing. List everyone you are suing on page 2.)

49D06 1604 CT 012622

Cause No. _____
    (To be supplied by Clerk of Court)

PRISONER COMPLAINT FILED
42 U.S.C. § 1983

(175) APR 12 2016

Myla A. Eldridge
CLERK OF THE MARION CIRCUIT COURT

I.  PARTIES

A. PLAINTIFF INFORMATION

1. Name: Ronald      Eustace      Williams Jr.       170778
         First        Middle         Last             DOC#

2. Place of Incarceration:    Wabash Valley Correctional Facility.

3. Address:    P.O. Box 1111, Carlisle, Indiana 47838.

4. Did the things you are suing about happen at your present place of incarceration?

   ( ) Yes    (●) No it happen at Marion County Jail

5. Did the things that you are suing about happen:

   ( ) Before you were confined, or

   ( ) When you were confined awaiting trial, or

   (●) After conviction while serving a sentence.

B. DEFENDANT(S) INFORMATION

6. How many defendants are you suing: Marion County Jail/Sheriff/Deputies

[The defendants are the people you are suing. Print or type the defendant's name, job title, the state or local government agency the defendant works for, and the address of that government agency. Remember to include the defendant you named in the caption on page one. If you are suing more than one defendant, number them.]

| # | Defendant's Name | Job Title/Government | Work Address |
|---|---|---|---|
| 1 | Sheriff John Layton | Sheriff | 40 S. Alabama |
| 2 | Unknown Deputies | Deputies | Indianapolis, IN 46204 |

## II. GRIEVANCE PROCEDURE

A. Is there a prisoner grievance system that would allow you to file a grievance about the things you are suing about?

( ) Yes (X) No

B. If yes, did you file a grievance about the things you are suing about?

( ) Yes [See *Plaintiff's Exhibits.*]

(X) No [*Explain why you did not file a grievance.*] I was transported from Wabash Correctional Facility to Marion County Jail on June 15, 2015. On June 16, 2015 I was assaulted by numerous detainees. After returning from Health Care, I was returned back WVCF on June 18, 2015.

## III. CAUSE(S) OF ACTION WITH SUPPORTING FACTS

Write why you are suing each defendant. Write who, what, when, where, and how you believe your rights were violated. It is **VERY IMORTANT** that you use each defendant's name in describing what happened to you. If you do not write what each defendant did, the court will not know why you are suing that person and they will be dismissed from your suit.

Explain what constitutional or federal law right, privilege each defendant violated. Do not cite or quote cases or statutes. If you want to make legal arguments or citations, you must file a separate memorandum of law. Do not attach it to this complaint.

Write a new paragraph for each violation. Name each defendant involved in the violation and be certain to number you paragraphs.

1. I am suing Sheriff John Layton and the Marion

2

County Jail deputies, "Under Color of State Law"

2. At Marion County Jail 4th floor Q housing unit, had already been questioned concerning assaults to various detainees/convicted offenders. I was housed in Cell 16 in 4Q where a previous detainee had been assaulted. I arrived on June 15, 2015.

3. On June 16th, 2015 I was assaulted by numerous detainees except for 1 named Richard Grundy. Prior to being housed in 4Q I requested to be placed in protective custody where I did 19 of 20 months at Marion County Jail.

4. The assault started on camera where I was punched on the left side of my face and the assault ended in Cell 16.

5. I received over 20 staples to my scalp including my left ear. An orbital fracture of the left eye and a fractured nose.

3

6. I was forced to lay under a blanket for over 3 to 4 hours with feces thrown at and on me. Deputies did range checks at this time also and this kept on happening until lockdown.

7. I am making it aware that this has become a Pattern of practice due to Routinely look away and fail to act knowing the prior history of 4Q when detainees/prisoners fight or assault each other.

8. I requested to be placed in protective custody Right before being housed in 4Q. I was told classification was notified and will handle my Request. It should be in the computer of my prior situation.

9. 8th Amendment Deliberate Indifference. 4Q housed detainees assaulted a prior detainee/prisoner less than a week prior to me being housed in cell 16 4Q.

10. The deputies knew that there was a Substantial

Risk to being Seriously harmed. They failed to respond reasonably to protect me.

11. Negligence due to deputies failure to protect me while having a duty to keep me Safe and protect me from unreasonable risk after I requested to be placed in Protective Custody. I've been convicted of a crime, I Should've been placed in A.S. due to policy.

12. The deputies finally Separated the crew of 4Q detainees.

13. I was transported back to W.V.C.F on June 18th, 2015 after my P.C.R. evidentiary hearing was Rescheduled to Feb 18, 2016. Before recovering from Concussion like Symptoms.

14. I am Requesting a T.R.O. due to Separations of 4Q detainees and deputies Seeking Retaliation due to civil Suit.

15. Marion County Jail classification was aware of my situation as I requested to be placed in Protective Custody.

16. Deputie's in Control pod for 4th floor has a Dereliction of Duty as employees are required to remain awake, alert and devote their full attention to their assigned duty or area of responsibility during work hours.

17. Deputies are required to fully perform his/her job duties.

18.

19.

20. _____

21. _____

## IV.   PREVIOUS LAWSUITS

Have you ever sued anyone for the same things you wrote about in this complaint?

( )   Yes   (✗)   No

If yes, please answer the following.

Court: ____N/A____

Judge: ____N/A____   Docket Number: ____N/A____

Date Filed: ____N/A____   Date Closed: ____N/A____

## V. RELIEF

Write exactly what you want the court to do for you. This court cannot order that a defendant be fired, investigated, or criminally prosecuted.

NOTE: A lawsuit filed on this form <u>cannot</u> restore good time, expunge your record or get you released from custody. For this type of relief, you must file a Habeas Corpus Petition under 28 U.S.C. § 2254.

I want compensatory damages and punitive in the amount of $700,000, Seven hundred thousand dollars. Also a T.R.O for Marion County Jail. I have permanent scars, broken cartiledge, my appearance is changed, constant paranoia. I will have future hospital treatments due to this assault.

## VI. JURY DEMAND

Pursuant to Federal Rules of Civil Procedure, Rule 38(b), Plaintiff respectfully demands a trial by jury of all triable issues involved in this action.

Ronald E. Williams Jr.
Plaintiff

RESPECTFULLY SUBMITTED THIS 8 DAY OF February, 2006.

Ronald E. Williams Jr.
Plaintiff

8

## VERIFICATION

I, Ronald Williams, hereby affirm under the penalties for perjury that the above and foregoing representations are true and correct to the best of my knowledge and belief.

                                              Ronald E. Williams Jr.
                                              Plaintiff

## AFFIDAVIT OF SERVICE

I, Ronald Williams hereby certify that on this __8__ day of __February__, 2006, a true and correct copy of the foregoing _____ was served upon _____; by first class, postage prepaid, United States Mail.

                                              Ronald E. Williams Jr.
                                              Plaintiff

## AFFIDAVIT OF SERVICE

I, the undersigned, hereby certify that on this __8__ day of __February__, 2006, a true and correct copy of the foregoing Prisoner Complaint 42 U.S.C. § 1983 was served upon _____, at _____, Indiana _____; by first class, postage prepaid, United States Mail.

                                              Ronald E. Williams Jr.
                                             Plaintiff

STATE OF INDIANA          )
                          ) SS:
COUNTY OF Marion          )

CIRCUIT/SUPERIOR COURT

CASE NO. _____

Ronald E. Williams Jr.

49D06 1 6 0 4 CT 0 1 2 6 2 2

PLAINTIFF(S),

v.

SUMMONS

Sheriff John Layton
Marion County Sheriff's Dept et.Al

DEFENDANT(S).

THE STATE OF INDIANA TO DEFENDANT: Sheriff John Layton et. Al.
ADDRESS: 40. S. Alabama
Indianapolis, IN 46204

You have been sued by the person (s) named "plaintiff", in the court stated above.

The nature of the suit against you is stated in the complaint, which is attached to this summons. It also states the demand, which the plaintiff has made against you.

You must answer the complaint in writing, by you or your attorney, within twenty (20) days, commencing the day after you receive this summons, (you have Twenty-three (23) days to answer if the summons was received by mail), or judgement will be entered against you for what the plaintiff has demanded.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

DATE: _____

_____
ATTORNEY FOR PLAINTIFF

APR 13 2016
By: _____

APR 12 2016

Myla A. Eldridge
CLERK OF THE MARION CIRCUIT COURT

| TELEPHONE NO. OF ATTORNEY | Clerk |

Original summons for Clerk and copy for each defendant to be prepared by attorneys.

If service is by mail, stamped addressed envelope with return receipt attached is to be prepared by Plaintiff or Attorney.

## CLERK'S CERTIFICATE OF MAILING

I certify that on the ____ day of _____, 200__, I mailed a copy of this Summons with a copy of the Complaint to the Defendant by certified mail requesting a return receipt.

DATED this ____ day of _____, 200__.

_____
Circuit/Superior Court

## CLERK'S RETURN OF SERVICE OF SUMMONS BY MAIL

I hereby certify that I mailed a copy of Summons to the Defendant by certified mail, and the same was returned without acceptance this ____ day of _____, 200___.

DATED this ____ day of _____, 200___.

_____
Circuit/Superior Court

## SHERIFF'S RETURN OF SUMMONS

This Summons, with a copy of the Complaint attached, came to hand on the ____ day of _____, 200__, and I served the same on the ____ day of _____, 200__:

1. _____   By delivering a copy of Summons and Complaint personally to the Defendant.
2. _____   By leaving a copy of the Summons and Complaint at the dwelling or usual place of abode of the Defendant; and mailing a copy of the Summons to the Defendant's last known address.
3. _____   By serving Defendant's agent as provided by rule, statute of valid agreement, and mailing a copy of the Summons to Defendant at the Defendant's last known address.
4. _____   Defendant cannot be found in my bailiwick, and the Summons was not served.

AND I NOW RETURN THIS SUMMONS this ____ day of _____, 200__.

_____
Sheriff

| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. 49D06-1604-CT-012622 |

RONALD E. WILLIAMS JR.,  )
)
)
Plaintiff,  )
)
v.  )
)
JOHN LAYTON,  )
)
)
Defendant.  )

FILED
APR 20 2016
Myla A. Eldridge
CLERK OF THE MARION CIRCUIT COURT

## APPEARANCE BY ATTORNEY IN CIVIL CASE

1. The party on whose behalf this form is being filed is: RESPONDING, and the undersigned attorney listed on this form now appears in this case for the following parties: DEFENDANT, JOHN LAYTON.

2. Attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

   Name:     Pamela G. Schneeman, (18142-53)
   Address:  Office of Corporation Counsel
             200 East Washington Street, Suite 1601
             Indianapolis, IN 46204
   Phone:    (317) 327-4055
   FAX:      (317) 327-3968
   Email:    Pamela.Schneeman@indy.gov

3. This is a "CT" case type as defined in Administrative Rule 8(B)(3).

4. I will accept Fax service: NO

5. This case does NOT involve support issues.

6. This case does NOT involve a protection from abuse order, a workplace violence restraining order, or a no-contact order.

7. This case does NOT involve a petition for involuntary commitment.

8. NOT APPLICABLE

9. There are NO related cases.

10. Additional information required by local rule: NONE.

11. Are there other party members: NO.

12. This form has been served on all other parties and Certificate of Service is attached: YES.

Respectfully Submitted,

Pamela G. Schneeman, (18142-53)
Deputy Chief Litigation Counsel
Office of Corporation Counsel
200 East Washington Street, Room 1601
Indianapolis, Indiana   46204
Telephone: (317) 327-4055
Fax: (317) 327-3968
E-Mail: Pamela.Schneeman@indy.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 20th, 2016 a copy of the foregoing APPEARANCE OF ATTORNEY IN CIVIL CASE has been served upon all parties listed below, by United States mail, first-class, postage prepaid.

Ronald E. Williams Jr.
DOC #170778
Wabash Valley Correctional Facility
P.O. Box 500
Carlisle, IN 47838

*Paula G. Schneeman*
Pamela G. Schneeman, (18142-53)
Deputy Chief Litigation Counsel

OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana 46204
Telephone: (317) 327-4055
Fax: (317) 327-3968