IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RONALD E. WILLIAMS JR., | ) |
| Plaintiff, | ) |
| v. | ) CASE NO.: 1:16-cv-00885-SEB-MJD |
| JOHN LAYTON, | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION TO STAY THE DEADLINE FOR HIS ANSWER OR OTHER RESPONSIVE PLEADING PENDING THE COURT'S SCREENING OF PLAINTIFF'S COMPLAINT UNDER 28 U.S.C. § 1915(A)**

Comes now Marion County Indiana Sheriff John Layton ("Defendant"), by counsel, and moves the Court to stay the deadline for his answer or other responsive pleading pending the Court's screening of Plaintiff's complaint under 28 U.S.C. § 1915(A). In support hereof, Defendant states:

1. Plaintiff filed this action in the Marion Superior Court on April 12, 2016.[1]

2. Defendant received service of Plaintiff's complaint on April 13, 2016, and removed the case to federal court on April 20, 2016.

3. Under 28 U.S.C. § 1915(A), federal courts "shall review . . . as soon as practicable after docketing, a complaint in a civil action in which a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity."

---

[1] When Plaintiff drafted his Prisoner Complaint, he captioned the case as if it had been filed in the Marion Circuit Court. However, the case was filed in the Marion Superior Court.

4. Plaintiff's status as an incarcerated prisoner is clear from the title of his complaint, which is titled "Prisoner Complaint." On the first page of Plaintiff's complaint, Plaintiff also states that he is incarcerated at the Wabash Valley Correctional Facility.

5. It is also clear from Plaintiff's complaint that Defendant, an elected county sheriff, is a governmental official. On page 2 of Plaintiff's Prisoner Complaint, Plaintiff expressly states, "I am suing *Sheriff* John Layton . . . . (Emphasis added).

6. Plaintiff's complaint must, therefore, be screened by the Court under 28 U.S.C. § 1915(A).

7. Because the Court's screening of Plaintiff's Prisoner Complaint may result in the dismissal of Plaintiff's lawsuit or, alternatively, narrow the claims, Defendant should not be required to answer or otherwise respond, until after the Court has completed the screening process.

WHEREFORE, Defendant respectfully moves the Court to stay the deadline for his answer or other responsive pleading pending the Court's screening of Plaintiff's complaint under 28 U.S.C. § 1915(A).

Respectfully Submitted,

/s/ *Pamela G. Schneeman*
Pamela G. Schneeman, (18142-53)
Deputy Chief Litigation Counsel
Office of Corporation Counsel
200 East Washington Street, Room 1601
Indianapolis, Indiana 46204
Telephone: (317) 327-4055
Fax: (317) 327-3968
E-Mail: Pamela.Schneeman@indy.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the April 20, 2016, a copy of the foregoing DEFENDANT'S MOTION TO STAY THE DEADLINE FOR HIS ANSWER OR OTHER RESPONSIVE PLEADING PENDING THE COURT'S SCREENING OF PLAINTIFF'S COMPLAINT UNDER 28 U.S.C. § 1915(A) was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further certify that on April 20, 2016, a copy of the foregoing DEFENDANT'S MOTION TO STAY THE DEADLINE FOR HIS ANSWER OR OTHER RESPONSIVE PLEADING PENDING THE COURT'S SCREENING OF PLAINTIFF'S COMPLAINT UNDER 28 U.S.C. § 1915(A) was mailed, by first-class United States mail, postage prepaid and properly addressed to the following:

Ronald E. Williams Jr.
DOC #170778
Wabash Valley Correctional Facility
P.O. Box 500
Carlisle, IN 47838

    /s/ *Pamela G. Schneeman*
Pamela G. Schneeman, (18142-53)
Deputy Chief Litigation Counsel

OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana 46204
Telephone: (317) 327-4055
Fax: (317) 327-3968